SUPERIOR COURT

OF THE

DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 5, 2024

| | |
|---|---|
| THE UNITED STATES OF AMERICA | : Criminal Nos: 2023 CF2 007898 |
| | : GJO |
| v. | : |
| JAMES RICHARDSON | : Violations: |
| PDID: 764-588 | : 22 D.C. Code, Section 4504(a)(1); |
| | : 7 D.C. Code, Section 2502.01(a); |
| CALEEK COBB | : 7 D.C. Code, Section 2506.01(a)(3) (2001 ed.) |
| PDID: 764-589 | : |
| DCTN: U24002045 | : (Carrying a Pistol Without a License (Outside Home or |
| | : Place of Business); Possession Of Unregistered Firearm; |
| | : Unlawful Possession Of Ammunition) |

The Grand Jury charges:

FIRST COUNT:

On or about October 29, 2023, within the District of Columbia, James Richardson did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law. (Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

SECOND COUNT:

On or about October 29, 2023, within the District of Columbia, James Richardson did possess a certain firearm, without being the holder of a valid registration certificate.

(Possession Of Unregistered Firearm, in violation of 7 D.C. Code, Section 2502.01(a) (2001 ed.))

THIRD COUNT:

On or about October 29, 2023, within the District of Columbia, James Richardson did possess ammunition without being the holder of a valid registration certificate for a firearm. (Unlawful Possession Of Ammunition, in violation of 7 D.C. Code, Section 2506.01(a)(3) (2001 ed.))

FOURTH COUNT:

On or about October 29, 2023, within the District of Columbia, Caleek Cobb did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol, without a license issued pursuant to law. (Carrying a Pistol Without a License (Outside Home or Place of Business), in violation of 22 D.C. Code, Section 4504(a)(1) (2001 ed.))

FIFTH COUNT:

On or about October 29, 2023, within the District of Columbia, Caleek Cobb did possess a certain firearm, without being the holder of a valid registration certificate. (Possession Of Unregistered Firearm, in violation of 7 D.C. Code, Section 2502.01(a) (2001 ed.))

SIXTH COUNT:

On or about October 29, 2023, within the District of Columbia, Caleek Cobb did possess ammunition without being the holder of a valid registration certificate for a firearm. (Unlawful Possession Of Ammunition, in violation of 7 D.C. Code, Section 2506.01(a)(3) (2001 ed.))

Matthew M. Graves/kdw
MATTHEW M. GRAVES
United States Attorney
in and for the District of Columbia

A TRUE BILL:
Foreperson